In the Matter of the Application of ANNIE HOWARD, as Executrix of WILLIAM HOWARD, Deceased, Respondent, for an Order Requiring WILLIAM S. KATZENSTEIN, Appellant, to Pay Over Certain Moneys Received by Him.

*Matter of Howard,* 62 App. Div. 618, affirmed.
(Argued October 2, 1901; decided October 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1901, which affirmed an order of Special Term granting the motion of the applicant in a special proceeding to compel the appellant herein, an attorney, to pay over certain moneys belonging to her.

*A. H. Parkhurst* and *Edward Browne* for appellant.

*Edo E. Mercelis* and *George W. Van Slyck* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.